UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DENNIS DUMAS,<br><br>                    Plaintiff,<br><br>     v.<br><br>CATHI HARRIS, PAUL TEMPOSKY, and GREGORY DUNCAN,<br><br>                    Defendants. | No. C10-5341 RBL/KLS<br><br>ORDER GRANTING INFORMA PAUPERIS STATUS |

Before the Court is Plaintiff's application for leave to proceed *in forma pauperis*.  Dkt. 1. Plaintiff's application for leave to proceed *in forma pauperis* shall be **GRANTED**.  Plaintiff is currently detained at the Special Commitment Center in Steilacoom, Washington, and does not appear to have funds available to afford the $350.00 court filing fee.

The Clerk is directed to mail a copy of this Order to Plaintiff.

**DATED** this   29th   day of July, 2010.

*[signature]*
Karen L. Strombom
United States Magistrate Judge

ORDER - 1